# EXHIBIT 1

## NOTICE TO ALL ECLIPSE EMPLOYEES

This Notice is being posted pursuant to a Consent Decree entered by the Federal Court in <u>EEOC v. Eclipse Advantage, Inc.</u>, Case Number 1:10-cv-02001, resolving a lawsuit filed by the Equal Employment Opportunity Commission ("EEOC") against Eclipse Advantage, Inc., ("Eclipse").

Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 2000e, <u>et seq.</u>, as amended, ("Title VII"), prohibits discrimination against employees and applicants for employment based upon race, color, sex, religion or national origin. Title VII further prohibits retaliation against employees or applicants who avail themselves of their rights under Title VII by engaging in protected activities, such as opposing employment practices believed to be discriminatory, filing a charge of discrimination and/or testifying or participating in a Commission investigation. The EEOC is a federal agency which investigates charges of unlawful employment discrimination. The EEOC has authority to bring lawsuits in Federal Court to enforce Title VII.

To resolve the case, Eclipse and the EEOC have entered into a Consent Decree which provided, among other things, that: (1) Eclipse pay monetary relief to Williams; (2) Eclipse will not discriminate on the basis of race or harassment in the future; (3) Eclipse will not retaliate against any person because she or he opposed any practice made unlawful by Title VII, filed a charge of discrimination, participated in any Title VII proceeding, or asserted any rights under Title VII or the Consent Decree; and (4) Eclipse will train all employees at its Hinckley, OH facility regarding race discrimination, racial harassment, and Eclipse's policy prohibiting race discrimination. The consent decree is a voluntary settlement, and is not a finding of guilt.

If you believe you have been discriminated against, you may contact the EEOC at (215) 440-2600. The EEOC charges no fees and has employees who speak languages other than English.

**<u>THIS IS AN OFFICIAL NOTICE AND MUST NOT BE DEFACED BY ANYONE</u>**

> **This Notice must remain posted for two years from the date below and must not be altered, defaced or covered by any other material. Any questions about this Notice or compliance with its terms may be directed to the: Regional Attorney, EEOC Philadelphia District Office, 801 Market Street, Philadelphia, PA 19107.**

By: _____  
For: Equal Employment Opportunity Commission

By: _____  
For: Eclipse Advantage, Inc.,